```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 K Street, 10th Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    OVSEP MKRTCHYAN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr.S. 00-413-LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO RELEASE PASSPORT |
| OVSEP MKRTCHYAN, | ) |
| Defendants. | ) |

On or about August 24, 2000, Ovsep Mkrtchyan was released on bail. As a condition of his bail, the defendant was ordered to surrender his passport, receipt #627, passport number AE0211609. The defendant did so on November 15, 2000.

On October 23, 2001 Mr. Mkrtchyan was sentenced in the Eastern District of California, case number Cr.S. 00-413-LKK to 48 months probation, 364 days halfway house and 6 months home confinement; Mr. Mkrtchyan has completed his sentence.

It is hereby requested that the court return his passport to his

1  ///

2  place of residence at 5322 Russell Avenue, Apt. 12, Los Angeles,

3  California 90027.

4  Dated: December 8, 2005          Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

                        _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender

# O R D E R

**IT IS SO ORDERED** that the clerk of the court for the Eastern District of California, return Ovsep Mkrtchyan's passport number AE0211609, to the defendant at his place of residence at 5322 Russell Avenue, Apt. 12, Los Angeles, California 90027.

Dated: December 14, 2005

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    United States District Court Judge

2